

The Commonwealth of Massachusetts
County of Plymouth
**Sheriff's Department**
Process Office

22 Cottage Street
P.O. Box 1663
Brockton, MA 02303-1663
Telephone: Brockton: (508) 580-2110
Telephone: Plymouth: (508) 746-8800
Fax: (508) 586-8649

Joseph D. McDonald, Jr.
Sheriff

Gerald C. Pudolsky
Special Sheriff

James M. Feagle
The Law Offices of Skaar & Feagle, LLP
108 E. Ponce de Leon Avenue
Suite 204
Decatur, GA 30030

Phone: (404)373-1970

Amount Due:   $ 0.00
Invoice #:    09002910
Invoice Date: 02/12/2009

Patrick C. Lee
General Counsel

*Please remit to:*
P.O. Box 1663
Brockton, MA 02303-1663

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

**Payment Due Upon Receipt**
Please send a copy of this invoice with your remittance

Writ: summons and complaint with instructions regarding pretrial proceedings

Jerry Crowe
vs.
PN Credit Services, Inc.

Invoice #:    09002910
Invoice Date: 02/12/2009

Serve:  PN Credit Services, Inc.
        182 Bedford Street
        Suite 1
        Middleboro, MA 02346

Served by Deputy Sheriff: Gregory Kamon
Service Date: 02/05/2009    Time: 12:00PM
Method of Service: In Hand

| **Charge** | | **Amount** |
|---|---|---|
| Out of State Service | | 75.00 |
| **Total Charges** | | **75.00** |

| **Payment Date** | **Check Number** | **Amount** |
|---|---|---|
| 02/03/2009 | 1287 | 75.00 |
| **Payment Total** | | **75.00** |
| | Amount Due: | $0.00 |

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| JERRY CROWE | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| PN CREDIT SERVICES, INC. | ) |
| Defendant | ) |

Summons in a Civil Action 2:09-CV-014-WCO

To: *(Defendant's name and address)*

PN Credit Services, Inc., c/o Noreen Wilson
182 Bedford Street, Suite 1
Middleboro, MA 02346

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Skaar & Feagle, LLP
108 E Ponce de Leon Ave., Suite 204
Decatur, GA 30030

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1/29/09

JAMES N. HATTEN
Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# Plymouth County Sheriff's Office

22 Cottage Street, Brockton MA 02301   Telephone (508) 580-2110

Commonwealth of Massachusetts

Plymouth, SS

Docket No. **09-CV-0014WCO**
Court: **United States District Court**

I, **Gregory S. Kamon,** Deputy Sheriff in Plymouth County, Massachusetts, declare that I am over the age of eighteen (18) years and not a party to the above entitled action; that on **February 5, 2009 at 12:00 in the afternoon** I did serve upon **PN Credit Services, Inc.** a true attested copy of the summons and complaint with instructions regarding pretrial proceedings in the following manner:

By giving in hand to an adult male who identified himself as **William Wilson the brother in law of Noreen Wilson, Agent for service of PN Credit Services, Inc. at 182 Bedford Street, Suite 1, Middleboro, Massachusetts 02346**

When I pulled in driveway at above address an adult male was going into the house. He left the vehicle running in the driveway. I knocked repeatedly on door and there was no answer. I sat in driveway waiting as I knew he would not leave the car running. He came out and I asked for Noreen Wilson or PN Credit Services, Inc. He stated the company belonged to Noreen his sister in law and that both she and his brother moved. I asked why he was driving her vehicle (I ran the plate 54FE39 while waiting and vehicle came back to Noreen Wilson). At this point he got very upset, I handed him service and he dropped it on the ground. He told me his name was William not Patrick who is Noreen's husband. The man I served was in his 30's, approximately 6 foot 3 to 4 and Caucasian.

Gregory S. Kamon
Deputy Sheriff of Plymouth County

Service Fee: $75.00

Plymouth, SS                                                      February 5, 2009

On this 5th day of February, 2009, before me, the undersigned notary public, personally appeared Gregory S. Kamon, proved to me through satisfactory evidence of identification, which was a drivers license, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for stated purpose and that the foregoing affidavit to be his free act and deed.

Notary Public
Lisa A. Muscato
My Commission Expires: February 21, 2014

Lisa A. Muscato
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 21, 2014