IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JERRY CROWE, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE |
| | : NO. 2:09-CV-0014-WCO |
| PN CREDIT SERVICES, INC., | : |
| a Massachusetts corporation, | : |
| Defendant. | : |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

COMES NOW PLAINTIFF, pursuant to Fed.R.Civ.P. 55(b), and respectfully moves that the Court enter default judgment in the amount determined by the Court as trier of fact upon consideration of the record in this matter.

Respectfully submitted,

/s/ James M. Feagle
James M. Feagle
Georgia Bar No. 256916
Kris Skaar
Georgia Bar No. 649610

**SKAAR & FEAGLE, LLP**
108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
404 / 601-1855 fax