IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JERRY CROWE, : | |
|     Plaintiff, : | |
| : | CIVIL ACTION FILE |
| v. : | |
| : | NO. 2:09-CV-0014-WCO |
| PN CREDIT SERVICES, INC., : | |
|     Defendant. : | |
| : | |

**NOTICE OF SATISFACTION OF JUDGMENT**

COMES NOW, PLAINTIFF, and files this notice acknowledging that the Judgment entered in favor of Plaintiff, Jerry Crowe, and against the Defendant, PN Credit Services, Inc., has been satisfied in full.

Respectfully submitted,

                      SKAAR & FEAGLE, LLP

              by:    / s/ Justin T. Holcombe
                        Justin T. Holcombe
                        Attorney for Plaintiff
                        Georgia Bar No. 552100

P.O. Box 1478 ● Marietta, GA 30061-1478
331 Washington Avenue ● Marietta, GA 30060
voice (770) 427 - 5600   ●   fax (404) 601 - 1855
jholcombe@skaarandfeagle.com